Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

| | |
|---|---|
| **Dr Rajani Kanth** | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| **HARVARD UNIVERSITY** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: **Dr Rajani Kanth   PO Box 712513 Salt Lake City, UT 84171**
   **Tel: 8017065095, Email: :rkanth@fas.harvard.edu**
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name     **HARVARD UNIVERSITY, MASSACHUSETTS HALL,**

    Job or Title *(if known)*     **CAMBRIDGE, MA,. O2138, TEL; 617-495-1502**

    Street

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

C. **Place of Employment**

The address at which I sought employment) is

| | |
|---|---|
| Name | **HARVARD UNIVERSITY, (ECON DEPARTMENT), CAMBRIDGE     MA     02138** |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number : **617-495-1000** | |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐X **Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.**

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [X] **Failure to hire me.**
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

**B.** It is my best recollection that the alleged discriminatory acts occurred on date(s)

**I WAS INFORMED I WAS BEING PASED OVER ON 7/12/2016 BY EMAIL.**

**C.** I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

**D.** Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] **AGE (year of birth)    8 FEBRUARY 1949**
     *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*
     _____

**E.** The facts of my case are as follows. Attach additional pages if needed.

# FACTS

I applied for an 'Economic Advisor' (and 2 other closely related, similar, positions) with Respondent on three separate occasions (Nov 2011, October 2013, and October 2015).

However, in each case, I never received:
a) an acknowledgment of my application,
nor, b) any notification regarding my non-selection for the position.

Because I had not heard at all from the Respondent, regarding both of my applications for the Economics position(s), on July 12, 2016, I finally contacted Dr. Jeffrey Miron, the Search Chair, directly by email.

Dr. Miron responded, briefly, the very same day, to say that Respondent was not pursuing my candidacy for the position.

However, he did not provide any reason or detail for my non-selection,
despite my query

# ARGUMENT

Stated simply, I easily met all requirements for the position ( I have taught Graduates and UnderGraduates, for years, with some of the best teaching evaluations of any one in the profession) and have been with Respondent (at Harvard) as a Visiting Fellow for several years.

As a lifelong academic, I am fully aware of normal protocols that apply in context of formal job
applications which were not followed in this instance: that is:

a) Applications are always acknowledged, and

b) Candidates are always notified as to a final decision.

Indeed, all my other applications to Harvard have always resulted, duly, in a formal notification.

However, in this instance, remarkably, neither a) nor b) were followed.

I sincerely believe this is so because my candidacy was rejected, a priori, summarily because of my Age/Seniority. Essentially, my applications were basically ignored outright - i.e., were

**not considered at all.**

**I believe my applications were not seriously entertained, for the Economic Advisor (and related)
position(s), because of my Age (68 in year 2017), in clear violation of the Age Discrimination in
Employment Act of 1967, as amended.**

**In all 3 instances young men and women were hired, instead of me, as per Dr. Miron's own reply to my query dated June 16, 2017.**

ATTACHMENTS

1 PLAINTIFF'S ORIGINAL EEOC COMPLAINT FILING : 4/27/17

2 PLAINTIFF'S REVISED (WITH THE AID OF THE EEOC INTERVIEWER) FILING 6/21/17

3. EEOC LETTER GIVING NOTICE TO SUE JULY 31, 2017

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**I FILED WITH THE EEOC ON 4/27/17: THE EEOC HELPOED REVISE MY COMPLAINT AND IT WAS REFILED ON 6/21/17**

B.  The Equal Employment Opportunity Commission *(check one)*:
- ☐ has not issued a Notice of Right to Sue letter.
- ☒ **Issued a Notice of Right to Sue letter, which I received on** *(date)* **JULY 27, 2017** .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

**THEY HAVE GIVEN ME 90 DAYS TO SUE**

    C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☒ **less than 60 days have elapsed.**

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I APPLIED FOR THE JOB IN 2011; IT WOULD HAVE COMMENCED IN FALL OF 2012 (SEPT, 2012)

AS SUCH I AM OWED WAGES/BENEFITS FOR 5 ACADEMIC YEARS.

THE AVERAGE ACADEMIC SALARY FOR AN ASSISTANT PROFESSOR JOB (WHICH WAS THE RANK APPLIED FOR) AT HARVARD ACCORDING TO THE CHRONICLE OF HIGHET EDUCATON IS 109, 000.

I WILL ASSUME BENEFITS AT 100% OF SALARY;

SO EACH YEAR THE JOB IS WORTH $220,000.

ACROSS 5 ACADEMIC YEARS (2012-2017), THAT SHOULD BE: $ 1,100,000.

I BELIEVE THAT I EM ENTILED TO ADD THE CURRENT ACADEMIC YEAR 2017/18 TO THAT FIGURE AS WELL MAKING IT A TOTAL OF 1, 320,000.

FINALLY MY COSTS FOR BRINGING THIS ACTION, AND THE TRAUMA ASSOCIATED WITH 5 YEARS OF UNEMPLOYMENT AND NO INCOME THAT I WILL LET THE COURT DECIDE.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **Monday August 21, 2017**

Signature of Plaintiff

Dr. Rajani Kanth

Printed Name of Plaintiff

### B. For Attorneys

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Page 6 of 6

[ Print ]   [ Save As... ]   [ Add Attachment ]   [ Reset ]