Dr Rajani Kanth

Plaintiff *Pro Se*

P. O. Box 712513

Salt Lake City, UT 84171

Tel: 8017065095

U.S. DISTRICT COURT DISTRICT OF MASS. 2018 JAN 16 PM 4: 04 FILED IN CLERKS OFFICE

UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| Plaintiff | ) | CASE#: 1: 17- cv-11520-~~MBB~~ NMG |
| Dr. Rajani Kanth | ) | MOTION TO CORRECT THE JOINT STATEMENT |
| | ) | |
| (*Pro Se*) | ) | |
| | ) | |
| Vs | ) | |
| | ) | |
| Defendant | | |
| Harvard University | ) | |

*Plaintiff ( Pro Se)* **Dr Rajani Kanth**, *respectfully, brings forward this* **Motion to Correct** *the* **Joint Statement** *submitted to Court, by Defendant, owing to discovery of a hitherto unknown implication.*

**FACTS**

1. Defendant, recently, submitted a *Joint Statement*, as required, including preferences of Plaintiff.
2. In that document, Plaintiff is represented as consenting to a Magistrate Judge.

*Because plaintiff - moving party is mistaken in his understanding that a reference of the case to a magistrate judge for trial waives his right to a jury trial, see 28 U.S.C. § 636(c)(1), motion denied. /s/ NM Gorton, USDJ 1/26/18*

## ARGUMENT

1. Defendant *accurately* indicated that Plaintiff was in favor of a Magistrate Judge.
2. However, at the Scheduling Conference on January 9, 2018, , Plaintiff learnt , *by virtue of a comment by the Hon'ble Judge, that such an appointment may preclude the possibility of a Jury Trial: which he is anxious to retain.*
3. *If true,* Plaintiff wishes to withdraw that *'preference'*, as spelt out in the extant Joint Statement (Part IV).
4. Plaintiff was under the impression that a *Magistrate Judge, if chosen, simply presides over a Jury Trial*, rather than a Senior Judge, *thereby making the process a bit more expeditious (unaware that such a substitution obviates a Jury Trial).*
5. Plaintiff renders an apology to Court and to the Defendant for his mistaken supposition (if correct).
6. *In sum, Plaintiff wishes to have a Jury Trial, and if the appointment of a Magistrate Judge preempts that possibility, then he would wish to withdraw that consent.*

## CONCLUSION

As per the arguments proffered above, Plaintiff , deferentially, seeks grace of Court to withdraw Plaintiff's consent to a Magistrate Judge, *if appropriate,* as expressed in the Joint Statement submitted by Defendant, thereby 'correcting' it, in that one particular item.

Respectfully,

*[signature]*

**Dr Rajani Kanth**
(Plaintiff / *Pro se*)

2

## CERTIFICATE OF MAILING

This is to attest that a True Copy of this *Motion to Correct* was placed in the US mails, postage-paid first class, on January 16 2018, addressed to: Gabriel Gladstone ,Esq., 200 State Street, Boston, MA 02109-2605.

**Dr Rajani Kanth**

Plaintiff *Pro Se*